IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TREMAINE LATROY BAILEM,**

    **Plaintiff,**

v.                                     Case No. 4:15cv590-MW/CAS

**D. BROWN, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff having failed to comply with a court order to prosecute his case, this case is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on March 25, 2016.**

                                                    **s/Mark E. Walker           \_\_\_\_
                                                    United States District Judge**