# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TREMAINE LATROY BAILEM,**

       **Plaintiff,**

v.                                   **Case No.  4:15cv590-MW/CAS**

**D. BROWN, et al.,**

       **Defendants.**
_____/

## ORDER ACCEPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 32, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 35.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Plaintiff's third amended complaint, ECF No. 30, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii)."   The Clerk shall close the file.

**SO ORDERED on July 15, 2016.**

**s/Mark E. Walker**
**United States District Judge**